IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| KT4 PARTNERS LLC, | § | |
| | § | No.   42, 2021 |
| Plaintiff Below, | § | |
| Appellant, | § | |
| | § | Court Below: Court of Chancery |
| v. | § | of the State of Delaware |
| | § | |
| | § | C.A. No   2017-0177-JRS |
| PALANTIR TECHNOLOGIES | § | |
| INC., | § | |
| | § | |
| Defendant Below, | § | |
| Appellee. | § | |

Submitted:   September 1, 2021
Decided:   September 23, 2021

Before **VAUGHN**, **TRAYNOR**, and **MONTGOMERY-REEVES**, Justices.

## O R D E R

This 23rd day of September 2021, the Court having considered this matter after oral argument and on the briefs filed by the parties has determined that the final judgment of the Court of Chancery should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its bench ruling dated December 9, 2020, and letter ruling dated January 12, 2021.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Court of Chancery be, and the same hereby is, AFFIRMED.

BY THE COURT:

/s/   James T. Vaughn, Jr.
Justice